914 A.2d 831

IN THE MATTER OF GERALD M. LYNCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 023731977).

January 12, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–256, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **GERALD M. LYNCH** of **NEW BRUNSWICK**, who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of six months for violating *RPC* 1.5(d)(failure to maintain trust and business account records), and good cause appearing;

It is ORDERED that **GERALD M. LYNCH** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective February 7, 2007; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.